NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE MOTOROLA MOBILITY LLC

---

2012-1470
(Reexamination No. 90/010,278)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of Motorola Mobility LLC's unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 17 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 17 2012

JAN HORBALY
CLERK

cc: Raymond T. Chen, Esq.
Scott A. McKeown, Esq.

s25